IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA K. DESROSIERS, | No. C 12-80104 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| THE HARTFORD, also known as Hartford Fire Insurance Company, and HARTFORD FINANCIAL SERVICES GROUP, INC., | |
| Defendants. / | |

On April 13, 2012, defendant The Hartford and Hartford Financial Services Group, Inc., filed a motion to compel compliance with a subpoena and testimony at deposition. The parties stipulated to shorten the notice period due to the need for a ruling on the motion prior to the discovery cut-off date on May 25, 2012. The hearing is set for May 10, 2012. There was no change to the briefing schedule. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition was due April 27, 2012. None was received. Plaintiff is **ORDERED TO SHOW CAUSE** why defendants' motion should not be granted for plaintiff's failure to oppose. If plaintiff opposes the motion, she should append an opposition brief to her response to the order to show cause. Plaintiff must file a written response by **NOON ON MAY 4, 2012**.

**IT IS SO ORDERED.**

Dated: May 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE